Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  22−17136−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter O'Keefe                                      Mary C. Margotta
   17 Jennings Road                         17 Jennings Road
   Manahawkin, NJ 08050              Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−0933                                    xxx−xx−4954

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 10, 2023</u>             <u>Christine M. Gravelle</u>
                                          Judge, United States Bankruptcy Court